**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York _____
(State)

Case number (*If known*): _____ Chapter 15

☐ Check if this is an
amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Winsway Enterprises Holdings Limited f/k/a Winsway Coking Coal Holdings Limited |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) _____ – _____

☐ Other _____ . Describe identifier _____ .

**For individual debtors:**

☐ Social Security number:   XXX - XX– _____

☐ Individual Taxpayer Identification number (ITIN):   **9 XX - XX -** _____

☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**

Cao Xinyi

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

Hong Kong

5. **Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☒ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Convening order of the High Court of the Hong Kong Special Administrative Region and resolution appointing foreign representative

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Winsway Enterprises Holdings Limited f/k/a
Winsway Coking Coal Holdings Limited
        Name

Case number (*if known*) _____

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)     all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)    all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)   all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

People's Republic of China

**Debtor's registered office:**

24          De Castro Street
Number        Street

Wickhams Cay 1
P.O. Box

Road Town   Tortola
City        State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City        State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

10          Hongdazhonglu
Number        Street

Business Development Area
P.O. Box

Beijing      BEJ        100176
City        State/Province/Region    ZIP/Postal Code

People's Republic of China
Country

---

**10. Debtor's website** (URL)

http://www.winsway.com/html/index.php

---

**11. Type of debtor**

*Check one:*

☒ Non-individual (*check one*)*:*

☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

---

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 2


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Winsway Enterprises Holdings Limited f/k/a Winsway Coking Coal Holdings Limited | Case number *if known* |
| --- | --- | --- |
| | Name | |

**12  Why is venue proper in this district?**

Check one

☐ Debtor's principal place of business or principal assets in the United States are in this district

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district

_____

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because

**Debtor holds assets in this district**

**13  Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition

I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct.

X _____     Cao Xinyi
Signature of foreign representative     Printed name

Executed on    April 6, 2016
MM / DD / YYYY

X _____     _____
Signature of foreign representative     Printed name

Executed on _____
MM / DD / YYYY

**14  Signature of attorney**

X _____     Date   April 6, 2016
Signature of Attorney for foreign representative          MM / DD / YYYY

Michael J. Venditto
Printed name
Reed Smith LLP
Firm name
599    Lexington Avenue
Number    Street
New York          NY    10022
City          State    ZIP Code

212-205-6081          mvenditto@reedsmith.com
Contact phone          Email address

1170265          NY
Bar number          State


American LegalNet, Inc.
www.FormsWorkFlow.com

## STATEMENT IDENTIFYING EACH COUNTRY IN WHICH A FOREIGN PROCEEDING BY, REGARDING, OR AGAINST THE DEBTOR IS PENDING

**Hong Kong S.A.R:**  High Court of the Hong Kong Special Administrative Region, Court of First Instance.  Miscellaneous Proceedings No. 453 of 2016

**British Virgin Islands:** Eastern Caribbean Supreme Court, High Court of Justice, Virgin Islands Commercial Division.  Claim No. BVI HCV(COM) 31 of 2016