REED SMITH LLP
  Michael J. Venditto
  Sarah K. Kam
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Cao Xinyi, as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| WINSWAY ENTERPRISES HOLDINGS LIMITED, f/k/a WINSWAY COKING COAL HOLDINGS LIMITED, a company incorporated with limited liability under the laws of the British Virgin Islands, | Case No. 16-_____ (   ) |
| Debtor in a Foreign Proceeding. | |

**LIST PURSUANT TO FEDERAL RULE**
**OF BANKRUPTCY PROCEDURE 1007(a)(4)**

Cao Xinyi (the "Petitioner") is the duly-appointed foreign representative of Winsway Enterprises Holdings Limited, formerly known as Winsway Coking Coal Holdings Limited ("Winsway" or the "Debtor"), a company incorporated with limited liability under the laws of the British Virgin Islands and registered as a non-Hong Kong company in Hong Kong under Part XI of the then Companies Ordinance, the debtor in a scheme of arrangement pursuant to sections 673 and 674 of the Companies Ordinance (Cap 622) of Hong Kong (the "Hong Kong Proceeding") concerning Winsway currently pending before the High Court of the Hong Kong Special Administrative Region (the "Hong Kong Court").

The Petitioner hereby files this list pursuant to rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. Names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtor:

> Cao Xinyi
> Hong Kong at Suites 2104-05
> Hutchison House,
> 10 Harcourt Road
> Hong Kong

2. All parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the petition: None.

3. All entities against whom provisional relief is being sought under section 1519 of title 11 of the United States Code: None.

Dated: Beijing, P.R.C.
April 6, 2016

_____
Cao Xinyi, *as Petitioner and Foreign Representative*