REED SMITH LLP
Michael J. Venditto
Sarah K. Kam
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Cao Xinyi, as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>WINSWAY ENTERPRISES HOLDINGS LIMITED, *f/k/a* WINSWAY COKING COAL HOLDINGS LIMITED, a company incorporated with limited liability under the laws of the British Virgin Islands,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 16-10833-mg<br><br>*Refers to ECF No. 8* |

**DECLARATION OF RAUGHLEY DANIEL NUZZI**
**PURSUANT TO 28 U.S.C. § 1746**

I, Raughley Daniel Nuzzi, declare under penalty of perjury that the following is true and correct:

1. I am a Senior Analyst at Bondholder Communications Group ("Bondcom"), with offices located at 30 Broad Street, New York, New York. Bondcom's main business is facilitating communication between issuers and beneficial owners of debt securities. I have been employed by Bondcom for over one year. Bondcom has been engaged by Winsway Enterprises Holdings Limited, *f/k/a* Winsway Coking Coal Holdings Limited ("Winsway" or the "Debtor") to conduct a noteholder identification process and an outreach program to liaise with noteholders

on behalf of Winsway in connection with schemes of arrangement in Hong Kong and BVI and associated work. I am duly authorised by Bondcom to submit this declaration (the "Declaration") on its behalf.

2. I submit this Declaration in support of the Petition,[1] which seeks entry of an order granting recognition to a proceeding pursuant to sections 673 and 674 of the Companies Ordinance (Cap 622) of Hong Kong (the "Hong Kong Proceeding") currently pending before the High Court of the Hong Kong Special Administrative Region (the "Hong Kong Court").

3. On April 7, 2016, the Court entered an order that, inter alia, scheduled the Recognition Hearing for May 9, 2016 at 10.00am (New York time) and directed the form and manner of notice. [ECF No. 8] (the "April 7 Order")

## A. Engagement of Bondcom

4. In early 2015 Bondcom was engaged by Winsway to undertake a noteholder identification process and, subsequently, to refresh this process for the purposes of inviting noteholders to participate in a conference call relating to the formation of a steering committee of noteholders (to negotiate with Winsway regarding the proposed restructuring).

[1] Except as otherwise indicated, capitalized terms used herein carry the meanings ascribed to them in the April 7, Order..

5.      In November 2015, Bondcom was formally engaged by Winsway to conduct a solicitation process in respect of a restructuring support agreement ("RSA Solicitation Process") and, simultaneously, to identify any additional noteholders if possible.

6.      Following completion of the RSA Solicitation Process, Bondcom's engagement was extended to acting as "Information Agent" in relation to the Company's schemes of arrangement.  Tasks relating to this role include:

(a)   liaising with Depository Trust Company ("DTC") in relation to establishing an "event" on its systems to allow noteholders to receive consideration under the schemes of arrangement;

(b)   distributing documentation relating to the schemes of arrangement to noteholders;

(c)   liaising with noteholders, account holders and other intermediaries to deal with any queries relating to the Scheme and the restructuring, and co-ordinating with and assisting those parties in relation to the completion and return of the documentation necessary to vote at the Scheme Meeting and participate in the schemes of arrangement;

(d)   collecting documentation from noteholders and collating information with respect to the amount of noteholders' claims, their instructions with respect to voting at the Scheme Meeting and the amounts of consideration to which they are entitled under the Scheme; and

(e)   advising Winsway and the Scheme Consideration Trustee of the consideration to be distributed to the noteholders under the Scheme.

7. Bondcom staff members in both our New York and London offices have been actively involved with this engagement for Winsway.

**B. Actions taken following Order**

*Posting Notice on scheme website and company website*

8. The April 7 Order directed that within three (3) business days after the entry of the April 7 Order Winsway cause the Notice in the form annexed as Exhibit B to the Application to be posted on the following websites:

a. the website maintained by Bondcom for pertaining to the Scheme (www.bondcom.com/winswayscheme) ("Scheme Website"); and

b. Winsway's website (www.winsway.com/html/ir_bond.php) ("Winsway Website").

9. Bondcom posted the Notice on the Scheme Website on 7 April 2016. A copy of a screen shot of the Scheme Website (taken on 25 April 2016) is attached hereto as Exhibit A.

10. The Notice was posted on the announcements and circulars section of the Winsway Website on 12 April 2016. A copy of a screen shot of the announcements and circulars section of the Winsway Website (taken on 25 April 2016) is attached hereto as Exhibit B.

*Delivering Notice to DTC*

11. The April 7 Order also directed that within three (3) business days after the entry of the April 7 Order that Winsway cause the Notice to be delivered to DTC for publication through the announcement systems of the DTC.

12. On 8 April 2016 we provided a copy of the Notice Documents to DTC. On 12 April 2016 DTC confirmed that a copy of the Notice Documents had been uploaded to the LENS Notices system on 11 April 2016 and provided the relevant documents numbers. [2]

13. A copy of two emails from DTC dated 12 April 2016 showing the Notice as it appears on LENS Notices system (together with the PDF of the Notice) are attached hereto as Exhibit C.

*Electronically transmitting Notice to any person who has identified itself as a holder*

14. The April 7 Order also directed that within three (3) business days after the entry of the April 7 Order that Winsway cause the Notice Documents to be electronically transmitted by Bondholder Communications Group to any person that has identified itself as a holder of the Notes and provided an email address for communications.

15. On 8 April 2016 an email was sent to all holders (all holders who had notified Bondcom of their valid email address) attaching the Notice Documents. A sample of the text of this standard email is attached hereto as Exhibit D.

[2] LENS Notices is a very popular subscription-based service available to DTC Participants. Nearly all of DTC's Direct Participants have accounts. It is a location where DTC can make any information available to subscribers.

*Causing Notice to be published on the announcements pages on the HKEX and SGX*

16. Finally, the April 7 Order directed that within three (3) business days after the entry of the April 7 Order that Winsway cause the Notice in the form annexed as Exhibit B to the Application to be published on the announcements pages for Winsway maintained on the Hong Kong and Singapore Exchanges.

17. The Notice was published on the Hong Kong Exchanges and Clearing Limited ("HKEX") Announcements page for Winsway on Tuesday 12 April 2016 at 8.02pm (Hong Kong time). A copy of a screen shot (captured on 26 April 2016) from the HKEX website showing the time of publication and the Notice as published is attached hereto as Exhibit E.

18. The Notice was published on the Singapore Exchange Limited ("SGX") website on Wednesday 13 April 2016 at 1.46pm (Singapore time) (being 1.46am New York time). A copy of a screen shot (captured on 26 April 2016) from the general announcements page showing the time of publication and the Notice as published is attached hereto as Exhibit F.

**Conclusion**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3 May 2016
New York

Raughley Daniel Nuzzi

**EXHIBIT A**

WINSWAY®

# Schemes of Arrangement

**US$500,000,000 8.50% Senior Notes due 2016**

A meeting of the bondholders has been convened for the purposes of considering and, if thought fit, approving schemes of arrangement proposed by Winsway in Hong Kong and the BVI.

The meeting will be held at the offices of Stephenson Harwood, 18th Floor, United Centre, 95 Queensway, Admiralty, Hong Kong, at **10.00 a.m. on Tuesday 3 May 2016 (Hong Kong time) / 10:00 p.m. on 2 May 2016 (BVI time)**. All bondholders are requested to attend in person or by proxy. Further details are set out in the announcement below.

Bondholders should review carefully the documents set out below as soon as possible. These include the proposed schemes of arrangement and an explanatory statement (including various appendices) setting out information about the schemes and the wider restructuring.

In particular, bondholders should pay careful attention to the documents comprising the **solicitation packet**. These documents must be completed and returned in accordance with the instructions therein if any bondholder wishes to vote on the schemes at the bondholder meeting and/or receive any consideration under the schemes.

Bondholders are encouraged to take action as soon as possible and, in any event, by **5:00 p.m. New York time** on **29 April 2016** (5:00 p.m. BVI time on 29 April 2016 / 5:00 a.m. Hong Kong time on 30 April 2016).

| US$500,000,000 8.50% Senior Notes Due 2016 | |
|---|---|
| **Type** | **ISIN / CUSIP** |
| RegS | USG97214AA16 / G97214AA1 |
| 144A | US975731AA80 / 975731AA8 |

**MARCH 2016 – SCHEMES OF ARRANGEMENT**
**Announcements**

 Announcement (English) – Notice of Scheme Meeting (Appendix 4 to Explanatory Statement)

Announcement (Chinese) – Notice of Scheme Meeting (Appendix 4 to Explanatory Statement)

Notice of Chapter 15 Recognition Hearing
*April 7, 2016*

**Explanatory Statement, Schemes and other Materials**

- Explanatory Statement (including Appendix 1)
- Hong Kong Scheme of Arrangement (Appendix 2)
- BVI Scheme of Arrangement (Appendix 3)
- Group Structure Chart (Appendix 6)
- Liquidation Analysis (Appendix 7)
- 30 November 2015 Unaudited Balance Sheets (Appendix 8)
- Contingent Value Rights Instrument (Appendix 9)
- Global Deed of Release (Appendix 10)
- Release Instructions (Appendix 11)
- Illustrative Examples of Scheme Consideration Allocation (Appendix 12)

**Solicitation Packet (Appendix 5 to Explanatory Statement)**

- Instructions
- Account Holder Letter
- Election Form
- Designated Recipient Form
- Distribution Confirmation Deed

**NOVEMBER 2015 - RESTRUCTURING SUPPORT AGREEMENT**

- Restructuring Support Agreement Announcement
- Bondholder Information Form
- Restructuring Support Agreement

RSA Accession Letter

For further information, please contact:

Bondholder Communications Group®

**In New York:**
Wendy Cole
30 Broad Street
46th Floor
New York, New York 10004
Telephone: +1 212 809 2663
Fax: +1 212 437 9827
Email: WCole@BondCom.com

**In London:**
Wendy Cole
Unit 2
242 Kingsland Road
London E8 4DG United Kingdom
Telephone: +44 20 7382 4580
Fax: +44 20 7067 9239
Email: WCole@BondCom.com

# EXHIBIT B



WINSWAY® 永暉實業控股股份有限公司
Winsway Enterprises Holdings Limited

About Us | Our Business | Investor Relations | Media Centre | Join Us | Contact Details

Investor Relations

- Company Information
- Stock Info
- Prospectus
- Announcements & Circulars
- Bond Restructuring Scheme
- Financial Highlights
- Financial Reports
- Company Presentation
- Press Release
- Investor Calendar
- Equity Analyst Coverage
- Credit Analyst Coverage
- FAQs
- IR Contact

Announcements & Circulars

Years: 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 |

| Date | Title | Download |
|---|---|---|
| 25 Apr 2016 | Announcements and Notices - Announcement Recent Development | PDF |
| 25 Apr 2016 | Circulars - Notification Letter and Request Form to Non-registered Shareholders | PDF |
| 25 Apr 2016 | Circulars - Notification Letter and Change Request Form to Registered Shareholders | PDF |
| 25 Apr 2016 | Proxy Form | PDF |
| 25 Apr 2016 | Announcements and Notices - Notice of Extraordinary General Meeting | PDF |
| 25 Apr 2016 | Announcements and Notices - Despatch of Circular - Debt Restructuring;Proposed Share Consolidation;Proposed Rights Issue 3 Rights Shares & 9 Antidilution Shares for Every 1 Consolidated Share at HK$0.69 Per Rights Share;Connected Transaction in Entering Into the Underwriting Agreement;Proposed Amendments to MOA & AOA;Specific Mandate to Issue New Shares;Specific Mandate to Issue CVR Shares;Issuance of CVRS;Application for Whitewash Waiver;Special Deal;Proposed Change of Board Lot Size;& Notice of EGM | PDF |
| 25 Apr 2016 | Circulars - Debt Restructuring;Proposed Share Consolidation;Proposed Rights Issue of 3 Rights Shares & 9 Antidilution Shares for Every 1 Consolidated Share at HK$0.69 Per Rights Share;Connected Transaction Entering Into the underwriting Agreement;Proposed Amendments to Memorandum and Articles of Association;Specific Mandate to Issue New Shares;Specific Mandate to Issue CVR Shares;Issuance of CVRS; Application for Whitewash Waiver;Special Deal;Proposed Change of Board Lot Size;& Notice of EGM | PDF |
| 24 Apr 2016 | Announcements and Notices - Change in Board Lot Size | PDF |
| 22 Apr 2016 | Announcements and Notices - Annual Results Announcement for the Year Ended 31 December 2015 and Resumption of Trading | PDF |
| 14 Apr 2016 | Announcements and Notices - (1) Further Delay in Despatch of Circular (2) Revised Expected Timetable for the Share Consolidation and the Rights Issue; and (3) Continuous Suspension of Trading | PDF |
| 12 Apr 2016 | Announcements and Notices - Notice of Filing and Hearing on Petition under Chapter 15 of the United States Bankruptcy Code and Motion for Related Relief | PDF |

**EXHIBIT C**

**Jena Dewji**

| | |
|---|---|
| **From:** | Berncie Haycock <bhaycock@dtcc.com> on behalf of Lens Notices <LensNotices@dtcc.com> |
| **Sent:** | 12 April 2016 12:52 |
| **To:** | Raughley Nuzzi |
| **Cc:** | mandatoryreorgannouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com; Dividend Default Payments |
| **Subject:** | LG20160413 - 032 |
| **Attachments:** | Exhibit B Notice.pdf |

DOCUMENT NUMBER: LG20160413 - 032 TOTAL PAGES: 0003 CATEGORY: B
IMAGE BARCODE : LG PDFDOC
ISSUER'S NAME: WINSWAY ENTERPRISES HOLDINGS LTD
CUSIP/ISSUER ID: G97214AA1

TITLE:
NOTICE TO HOLDERS 04/11/16 - NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATED BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF
WINSWAY ENTERPRISES HOLDINGS LTD
G97214AA1
CASE NO. 16-10833-MG

**Raughley Nuzzi <rnuzzi@bondcom.com>**

04/11/2016 05:02 PM

To Lens Notices <LensNotices@dtcc.com>
cc BTeam <BTeam@bondcom.com>, Data NY <DataNY@acupay.com>
Subject RE: Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Thank you for your reply.

The CUSIPs for Winsway Enterprise Holdings are G97214AA1 and 975731AA8.

Please advise if you need any additional information.

Best regards,

Raughley Nuzzi | Senior Analyst

 Main: +1 212 809 2663 Direct: +1 212 510-4386

rnuzzi@bondcom.com

www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

Please consider the environment before printing

**From:** Berncie Haycock [mailto:bhaycock@dtcc.com] **On Behalf Of** Lens Notices
**Sent:** Monday, April 11, 2016 7:38 AM
**To:** Raughley Nuzzi
**Subject:** Re: Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Good Morning

We are unable to announce the attached notice without a valid CUSIP. Please can you re-submit with a CUSIP.

Many Thanks

**Raughley Nuzzi <rnuzzi@bondcom.com>**

04/08/2016 05:13 PM

To Lens Notices <LensNotices@dtcc.com>
cc BTeam <BTeam@bondcom.com>, Data NY <DataNY@acupay.com>
Subject Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Dear DTC,

Please see the attached Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings and publish to the LENS Notices system.

Best regards,

Raughley Nuzzi | Senior Analyst



 **Main:** +1 212 809 2663 **Direct:** +1 212 510-4386

rnuzzi@bondcom.com

www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

*Please consider the environment before printing*

**From:** Raughley Nuzzi
**Sent:** Friday, April 08, 2016 12:12 PM
**To:** 'rburchell@dtcc.com'; Rodriguez-Ochoa, Doreen; 'Sorezza, Karen A.'
**Cc:** 'Voluntary Reorg Announcements'
**Subject:** Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Good afternoon Renee,

Please see the attached notice of a Chapter 15 Recognition Hearing for Winsway Enterprise Holdings.

Best regards,

Raughley Nuzzi | Senior Analyst

 **Main:** +1 212 809 2663 **Direct:** +1 212 510-4386

 www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

Please consider the environment before printing

---

This message and any attachments may be privileged, confidential or proprietary and is intended only for the recipient(s) listed above. If you have received this transmission in error, please return this email to the sender immediately and delete this message from your computer. Access, copying or re-use of this message or any attachment or information contained herein by anyone other than the intended recipient(s) is not authorized. E-mail communication cannot be guaranteed to be secure; please refrain from communicating sensitive or private information unless the proper security precautions are taken.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**Jena Dewji**

| | |
|---|---|
| **From:** | Berncie Haycock <bhaycock@dtcc.com> on behalf of Lens Notices <LensNotices@dtcc.com> |
| **Sent:** | 12 April 2016 12:54 |
| **To:** | Raughley Nuzzi |
| **Cc:** | mandatoryreorgannouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com; Dividend Default Payments |
| **Subject:** | LG20160413 - 033 |
| **Attachments:** | Exhibit B Notice.pdf |

DOCUMENT NUMBER: LG20160413 - 033 TOTAL PAGES: 0003 CATEGORY: B
IMAGE BARCODE : LG PDFDOC
ISSUER'S NAME: WINSWAY ENTERPRISES HOLDINGS LTD
CUSIP/ISSUER ID: 975731AA8

TITLE:
NOTICE TO HOLDERS 04/11/16 - NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATED BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF
WINSWAY ENTERPRISES HOLDINGS LTD
975731AA8
CASE NO. 16-10833-MG

**Raughley Nuzzi <rnuzzi@bondcom.com>**

04/11/2016 05:02 PM

To Lens Notices <LensNotices@dtcc.com>
cc BTeam <BTeam@bondcom.com>, Data NY <DataNY@acupay.com>
Subject RE: Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Thank you for your reply.

The CUSIPs for Winsway Enterprise Holdings are G97214AA1 and 975731AA8.

Please advise if you need any additional information.

Best regards,

Raughley Nuzzi | Senior Analyst

 Main: +1 212 809 2663 Direct: +1 212 510-4386

rnuzzi@bondcom.com



www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

Please consider the environment before printing

**From:** Berncie Haycock [mailto:bhaycock@dtcc.com] **On Behalf Of** Lens Notices
**Sent:** Monday, April 11, 2016 7:38 AM
**To:** Raughley Nuzzi
**Subject:** Re: Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Good Morning

We are unable to announce the attached notice without a valid CUSIP. Please can you re-submit with a CUSIP.

Many Thanks

**Raughley Nuzzi <rnuzzi@bondcom.com>**

04/08/2016 05:13 PM

To Lens Notices <LensNotices@dtcc.com>
cc BTeam <BTeam@bondcom.com>, Data NY <DataNY@acupay.com>
Subject Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Dear DTC,

Please see the attached Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings and publish to the LENS Notices system.

Best regards,

Raughley Nuzzi | Senior Analyst



Main: +1 212 809 2663 Direct: +1 212 510-4386

rnuzzi@bondcom.com

www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

**From:** Raughley Nuzzi
**Sent:** Friday, April 08, 2016 12:12 PM
**To:** 'rburchell@dtcc.com'; Rodriguez-Ochoa, Doreen; 'Sorezza, Karen A.'
**Cc:** 'Voluntary Reorg Announcements'
**Subject:** Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings

Good afternoon Renee,

Please see the attached notice of a Chapter 15 Recognition Hearing for Winsway Enterprise Holdings.

Best regards,

Raughley Nuzzi | Senior Analyst

Main: +1 212 809 2663 Direct: +1 212 510-4386

rnuzzi@bondcom.com

www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

Please consider the environment before printing

---

This message and any attachments may be privileged, confidential or proprietary and is intended only for the recipient(s) listed above. If you have received this transmission in error, please return this email to the sender immediately and delete this message from your computer. Access, copying or re-use of this message or any attachment or information contained herein by anyone other than the intended recipient(s) is not authorized. E-mail communication cannot be guaranteed to be secure; please refrain from communicating sensitive or private information unless the proper security precautions are taken.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

REED SMITH LLP
Michael J. Venditto
Sarah K. Kam
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Cao Xinyi, as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| WINSWAY ENTERPRISES HOLDINGS LIMITED, *f/k/a* WINSWAY COKING COAL HOLDINGS LIMITED, a company incorporated with limited liability under the laws of the British Virgin Islands, | Case No. 16-10833-mg |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on April 6, 2016, Cao Xinyi (the "Petitioner"), in her capacity as the foreign representative in respect of a voluntary restructuring proceeding (the "Hong Kong Proceeding") concerning the Debtor currently pending before the High Court of the Hong Kong Special Administrative Region, filed the Verified Petition for Recognition of Foreign Nonmain Proceeding Supplementing the Voluntary Petition [ECF No. 1] and Motion for Related Relief (together with the Form of Voluntary Petition, the "Petition") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the Hong Kong Proceeding as a foreign nonmain proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a) and 1525(a) of the Bankruptcy Code giving full force and effect to a scheme of arrangement and related agreements concerning the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "Recognition Hearing") to consider the relief requested in the Petition for **10:00 a.m. (New York time) on May 9, 2016** in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

Reed Smith LLP
Michael J. Venditto or — mvenditto@reedsmith.com
Sarah K. Kam — skam@reedsmith.com
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing, setting forth the basis therefor, **on or before May 2, 2016 at 4:00 p.m., New York time (the "Objection Deadline").** To be timely, prior to the Objection Deadline any responses or objections must be: (a) filed electronically with the Court on the Court's electronic case filing system, (b) with a copy thereof delivered to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004; and, (c) served upon (i) Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Michael J. Venditto, Esq. and Sarah K. Kam, Esq.), counsel to the Petitioner; (ii) Akin Gump Strauss Hauer & Feld, Units 1801-08 & 10, 18th floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Central, Hong Kong (Attn: Mark Fucci and Naomi Moore) and One Bryant Park, Bank of America Tower, New York, NY 10036-6745 (Attn: David Botter), counsel to the *Ad Hoc* Committee, and (iii) the Office of the United States Trustee (Attn: Andrew D. Velez-Rivera), 201 Varick Street, Suite 1006, New York, NY 10014.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that additional information and updates in respect of the Hong Kong Proceeding are available to Noteholders at www.bondcom.com/winswayscheme, which Noteholders should regularly monitor for such information, updates and notices of important events.

Dated: New York, New York
April 7, 2016

REED SMITH LLP
/s/ *Michael J. Venditto*
Michael J. Venditto
Sarah K. Kam
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Attorneys for Cao Xinyi, as Petitioner and
Foreign Representative

**EXHIBIT D**

**Jena Dewji**

| | |
|---|---|
| **From:** | Raughley Nuzzi <rnuzzi@bondcom.com> |
| **Sent:** | 08 April 2016 18:02 |
| **To:** | Wendy Cole |
| **Subject:** | Notice of Chapter 15 Recognition Hearing for Winsway Enterprise Holdings |
| **Attachments:** | Exhibit B Notice.pdf; 2016-04-06 Chapter 15 Petition for Recognition of Foreign Proceeding [EC....pdf; 2016-04-06 Verified Petition and Motion [ECF 4].pdf |

Good Afternoon,

Further to my email regarding the "launch" of the schemes, the company has now commenced the process for seeking Chapter 15 recognition in the US of the Hong Kong scheme (if ultimately approved and sanctioned). Chapter 15 recognition is a condition precedent to the schemes becoming fully effective in due course.

Attached is a notice of the recognition hearing, which has been scheduled for 9 May 2016 in New York, and a copy of the company's petition.

We would like to take this opportunity to remind you that, in order to vote at the scheme meeting scheduled for 3 May 2016 in Hong Kong, the necessary documents need to be completed and returned to us (via your broker) by 5:00 p.m. New York time on 29 April 2016 (5:00 p.m. BVI time on 29 April 2016 / 5:00 a.m. Hong Kong time on 30 April 2016) at the latest.

Best regards,

Raughley Nuzzi | Senior Analyst

**Main:** +1 212 809 2663 **Direct:** +1 212 510-4386

rnuzzi@bondcom.com

www.acupay.com | www.bondcom.com

30 Broad Street, 46th Floor, New York, NY 10004

The name Acupay is a registered servicemark of Acupay System LLC.

*Please consider the environment before printing*

**EXHIBIT E**

HKExnews披露易 繁體 | 简体 HKEX 香港交易所

| Listed Company Information | Shareholding Disclosures | Issuer-related Information |
|---|---|---|
| • Latest Information<br>• Simple Search<br>• Advanced Search | • Disclosure of Interests<br>• CCASS Shareholding Search | • Prolonged Suspension Status Report<br>• Share Repurchases Reports<br>• Application Proof & PHIP<br>more |

**Listed Company Information Advanced Search - Current Securities**

**Stock Name:** WINSWAY **Stock Code:** 01733 Disclosure of Interests

**From Date:** 01/04/1999 **To Date:** 29/04/2016 **Listing Category:** Primary Listing

**News Title:**

All Headline Category and Document Type

Display records 1 to 20 (Total records found: 362) Next

| Release Time | Code | Stock Name | Document |
|---|---|---|---|
| 25/04/2016 19:13 | 01733 | WINSWAY | Announcements and Notices - [Inside Information / Announcement by Offeree Company under the Takeovers Code] ANNOUNCEMENT RECENT DEVELOPMENT (58KB, PDF) |
| 25/04/2016 08:57 | 01733 | WINSWAY | Announcements and Notices - [Resumption] EXCHANGE NOTICE - RESUMPTION OF TRADING (1KB, HTM) |
| 25/04/2016 06:35 | 01733 | WINSWAY | Circulars - [Other] NOTIFICATION LETTER AND REQUEST FORM TO NON-REGISTERED SHAREHOLDERS (576KB, PDF) |
| 25/04/2016 06:32 | 01733 | WINSWAY | Circulars - [Other] NOTIFICATION LETTER AND CHANGE REQUEST FORM TO REGISTERED SHAREHOLDERS (676KB, PDF) |
| 25/04/2016 06:27 | 01733 | WINSWAY | Proxy Forms PROXY FORM (85KB, PDF) |
| 25/04/2016 06:21 | 01733 | WINSWAY | Announcements and Notices - [Notice of EGM/SGM] NOTICE OF EXTRAORDINARY GENERAL MEETING (91KB, PDF) |
| 25/04/2016 06:18 | 01733 | WINSWAY | Announcements and Notices - [Announcement by Offeree Company under the Takeovers Code] DESPATCH OF CIRCULAR - DEBT RESTRUCTURING;PROPOSED SHARE CONSOLIDATION;PROPOSED RIGHTS ISSUE 3 RIGHTS SHARES & 9 ANTIDILUTION SHARES FOR EVERY 1 CONSOLIDATED SHARE AT HK$0.69 PER RIGHTS SHARE;CONNECTED TRANSACTION IN ENTERING INTO THE UNDERWRITING AGREEMENT;PROPOSED AMENDMENTS TO MOA & AOA;SPECIFIC MANDATE TO ISSUE NEW SHARES;SPECIFIC MANDATE TO ISSUE CVR SHARES;ISSUANCE OF CVRS;APPLICATION FOR WHITEWASH WAIVER;SPECIAL DEAL;PROPOSED CHANGE OF BOARD LOT SIZE;& NOTICE OF EGM (82KB, PDF) |
| 25/04/2016 06:10 | 01733 | WINSWAY | Circulars - [Document issued by Offeree Company under the Takeovers Code / Connected Transaction / Amendment of...More] DEBT RESTRUCTURING;PROPOSED SHARE CONSOLIDATION;PROPOSED RIGHTS ISSUE OF 3 RIGHTS SHARES & 9 ANTIDILUTION SHARES FOR EVERY 1 CONSOLIDATED SHARE AT HK$0.69 PER RIGHTS SHARE;CONNECTED TRANSACTION ENTERING INTO THE UNDERWRITING AGREEMENT;PROPOSED AMENDMENTS TO MEMORANDUM AND ARTICLES OF ASSOCIATION;SPECIFIC MANDATE TO ISSUE NEW SHARES;SPECIFIC MANDATE TO ISSUE CVR SHARES;ISSUANCE OF CVRS; APPLICATION FOR WHITEWASH WAIVER;SPECIAL DEAL;PROPOSED CHANGE OF BOARD LOT SIZE;& NOTICE OF EGM View Documents on Display (3513KB, PDF) |

| | | | |
|---|---|---|---|
| 25/04/2016 06:35 | 01733 | WINSWAY | Circulars - [Other]<br>NOTIFICATION LETTER AND REQUEST FORM TO NON-REGISTERED SHAREHOLDERS (576KB, PDF) |
| 25/04/2016 06:32 | 01733 | WINSWAY | Circulars - [Other]<br>NOTIFICATION LETTER AND CHANGE REQUEST FORM TO REGISTERED SHAREHOLDERS (676KB, PDF) |
| 25/04/2016 06:27 | 01733 | WINSWAY | Proxy Forms<br>PROXY FORM (85KB, PDF) |
| 25/04/2016 06:21 | 01733 | WINSWAY | Announcements and Notices - [Notice of EGM/SGM]<br>NOTICE OF EXTRAORDINARY GENERAL MEETING (91KB, PDF) |
| 25/04/2016 06:18 | 01733 | WINSWAY | Announcements and Notices - [Announcement by Offeree Company under the Takeovers Code]<br>DESPATCH OF CIRCULAR - DEBT RESTRUCTURING;PROPOSED SHARE CONSOLIDATION;PROPOSED RIGHTS ISSUE 3 RIGHTS SHARES & 9 ANTIDILUTION SHARES FOR EVERY 1 CONSOLIDATED SHARE AT HK$0.69 PER RIGHTS SHARE;CONNECTED TRANSACTION IN ENTERING INTO THE UNDERWRITING AGREEMENT;PROPOSED AMENDMENTS TO MOA & AOA;SPECIFIC MANDATE TO ISSUE NEW SHARES;SPECIFIC MANDATE TO ISSUE CVR SHARES;ISSUANCE OF CVRS;APPLICATION FOR WHITEWASH WAIVER;SPECIAL DEAL;PROPOSED CHANGE OF BOARD LOT SIZE;& NOTICE OF EGM (82KB, PDF) |
| 25/04/2016 06:10 | 01733 | WINSWAY | Circulars - [Document issued by Offeree Company under the Takeovers Code / Connected Transaction / Amendment of...More]<br>DEBT RESTRUCTURING,PROPOSED SHARE CONSOLIDATION,PROPOSED RIGHTS ISSUE OF 3 RIGHTS SHARES & 9 ANTIDILUTION SHARES FOR EVERY 1 CONSOLIDATED SHARE AT HK$0.69 PER RIGHTS SHARE;CONNECTED TRANSACTION ENTERING INTO THE UNDERWRITING AGREEMENT;PROPOSED AMENDMENTS TO MEMORANDUM AND ARTICLES OF ASSOCIATION;SPECIFIC MANDATE TO ISSUE NEW SHARES;SPECIFIC MANDATE TO ISSUE CVR SHARES;ISSUANCE OF CVRS; APPLICATION FOR WHITEWASH WAIVER;SPECIAL DEAL;PROPOSED CHANGE OF BOARD LOT SIZE;& NOTICE OF EGM<br>View Documents on Display (3513KB, PDF) |
| 24/04/2016 18:17 | 01733 | WINSWAY | Announcements and Notices - [Change in Board Lot Size / Rights Issue]<br>CHANGE IN BOARD LOT SIZE (63KB, PDF) |
| 22/04/2016 22:58 | 01733 | WINSWAY | Announcements and Notices - [Final Results / Qualified and/or Modified Audit Report / Resumption]<br>ANNUAL RESULTS ANNOUNCEMENT FOR THE YEAR ENDED 31 DECEMBER 2015 AND RESUMPTION OF TRADING (2631KB, PDF) |
| 14/04/2016 12:10 | 01733 | WINSWAY | Announcements and Notices - [Inside Information / Delay in Dispatch of Circular or other Document / Suspension / Rights...More]<br>(1) FURTHER DELAY IN DESPATCH OF CIRCULAR (2) REVISED EXPECTED TIMETABLE FOR THE SHARE CONSOLIDATION [illegible] |
| 12/04/2016 20:02 | 01733 | WINSWAY | Announcements and Notices - [Other - Miscellaneous]<br>NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF (65KB, PDF) |
| [illegible] 12:27 | 01733 | WINSWAY | [illegible]<br>VOLUNTARY ANNOUNCEMENT (59KB, PDF) |
| 08/04/2016 18:03 | 01733 | WINSWAY | Monthly Returns<br>Monthly Returns - Monthly Return of Equity Issuer on Movements in Securities - Winsway Enterprises Holdings Limited for Month Ended 31 March 2016 (45KB, PDF) |
| 01/04/2016 09:08 | 01733 | WINSWAY | Announcements and Notices - [Suspension]<br>EXCHANGE NOTICE - SUSPENSION OF TRADING (1KB, HTM) |
| 01/04/2016 09:01 | 01733 | WINSWAY | Announcements and Notices - [Delay in Results Announcement / Suspension]<br>(1) DELAY IN PUBLICATION OF THE ANNOUNCEMENT OF THE ANNUAL RESULTS AND (2) SUSPENSION OF TRADING (71KB, PDF) |
| 24/03/2016 21:33 | 01733 | WINSWAY | Announcements and Notices - [Other - Miscellaneous]<br>NOTICE OF SCHEME MEETING (64KB, PDF) |

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to it accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

**WINSWAY ENTERPRISES HOLDINGS LIMITED**
**永暉實業控股股份有限公司**

**(formerly known as "WINSWAY COKING COAL HOLDINGS LIMITED 永暉焦煤股份有限公司")**
*(Incorporated in the British Virgin Islands with limited liability)*
**(Stock Code: 1733)**

# NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that on April 6, 2016, Cao Xinyi (the "**Petitioner**"), in her capacity as the foreign representative in respect of a voluntary restructuring proceeding (the "**Hong Kong Proceeding**") concerning Winsway Enterprises Holdings Limited (the "**Debtor**") currently pending before the High Court of the Hong Kong Special Administrative Region, filed the Verified Petition for Recognition of Foreign Nonmain Proceeding Supplementing the Voluntary Petition [ECF No. 1] and Motion for Related Relief (together with the Form of Voluntary Petition, the "**Petition**") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in re: WINSWAY ENTERPRISES HOLDINGS LIMITED, f/k/a Winsway Coking Coal Holdings Limited, Debtor in a foreign proceeding, Chapter 15 Case No. 16–10833-mg.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the Hong Kong Proceeding as a foreign nonmain proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a) and 1525(a) of the Bankruptcy Code giving full force and effect to a scheme of arrangement and related agreements concerning the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "**Recognition Hearing**") to consider the relief requested in the Petition for **10:00 a.m. (New York time) on May 9, 2016** in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

Reed Smith LLP
Michael J. Venditto or mvenditto@reedsmith.com
Sarah K. Kam skam@reedsmith.com
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing, setting forth the basis therefor, **on or before May 2, 2016 at 4:00 p.m., New York time (the "Objection Deadline"**). To be timely, prior to the Objection Deadline any responses or objections must be: (a) filed electronically with the Court on the Court's electronic case filing system, (b) with a copy thereof delivered to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004; and, (c) served upon (i) Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Michael J. Venditto, Esq. and Sarah K. Kam, Esq.), counsel to the Petitioner; (ii) Akin Gump Strauss Hauer & Feld, Units 1801–08 & 10, 18th floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Central, Hong Kong (Attn: Mark Fucci and Naomi Moore) and One Bryant Park, Bank of America Tower, New York, NY 10036–6745 (Attn: David Botter), counsel to the Ad Hoc Committee, and (iii) the Office of the United States Trustee (Attn: Andrew D. Velez-Rivera), 201 Varick Street, Suite 1006, New York, NY 10014.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that additional information and updates in respect of the Hong Kong Proceeding are available to Bondholders (as defined in the announcement of the Company dated 13 March 2016) at www.bondcom.com/winswayscheme, which Bondholders should regularly monitor for such information, updates and notices of important events.

By Order of the Board
**Winsway Enterprises Holdings Limited**
**Cao Xinyi**
*Chief Executive Officer and Company Secretary*

Hong Kong, 12 April 2016

*As at the date of this announcement, the executive Directors are Ms. Cao Xinyi, Ms. Zhu Hongchan, Mr. Wang Yaxu and Mr. Feng Yi, the non-executive Director is Mr. Lu Chuan and the independent non-executive Directors are Mr. James Downing, Mr. Ng Yuk Keung, Mr. Wang Wenfu and Mr. George Jay Hambro.*

**EXHIBIT F**

## General Announcement::Notice of filing and hearing on petition under US bankruptcy code Ch15 and motion for related relief

### Issuer & Securities

| | |
|---|---|
| Issuer/ Manager | WINSWAY ENTERPRISES HOLDINGS LIMITED |
| Securities | WINSWAY US$500M8.5%N160408A - US975731AA80 - 4TCB<br>WINSWAY US$500M8.5%N160408R - USG97214AA16 - 4TDB |
| Stapled Security | No |

### Announcement Details

| | |
|---|---|
| Announcement Title | General Announcement |
| Date & Time of Broadcast | 13-Apr-2016 13:46:28 |
| Status | New |
| Announcement Sub Title | Notice of filing and hearing on petition under US bankruptcy code Ch15 and motion for related relief |
| Announcement Reference | SG160413OTHRRHC6 |
| Submitted By (Co./ Ind. Name) | Issuer Services |
| Designation | SGX-ST |
| Description (Please provide a detailed description of the event in the box below) | On April 6, 2016, Cao Xinyi (the "Petitioner"), in her capacity as the foreign representative in respect of a voluntary restructuring proceeding (the "Hong Kong Proceeding") concerning Winsway Enterprises Holdings Limited (the "Debtor") currently pending before the High Court of the Hong Kong Special Administrative Region, filed the Verified Petition for Recognition of Foreign Nonmain Proceeding Supplementing the Voluntary Petition [ECF No.1] and Motion for related relief (together with the Form of Voluntary Petition, the "Petition") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. 101-1531 (the "Bankruptcy Code"). In re: WINSWAY ENTERPRISES HOLDINGS LIMITED, f/k/a Winsway Coking Coal Holdings Limited, Debtor in a foreign proceeding, chapter 15 case No. 16-10833-mg. More details, please refer to the announcement. |

| | |
|---|---|
| Attachments | Announcement dated Apr 12 2016.pdf<br>Total size =51K |

DISCLAIMER: This announcement was prepared and issued by the **named Issuer/ Manager** to the Exchange. The Exchange assumes no responsibility for the correctness of any of the statements made, opinions expressed or reports contained in this announcement and is posting this announcement on SGXNet for the sole purpose of dissemination only. In the event of any queries or clarification required in respect of any matters arising from this announcement, such queries are to be made to the **named Issuer/ Manager** directly and not to the Exchange. The Exchange shall not be liable for any losses or damages howsoever arising as a result of the circulation, publication and dissemination of this announcement.



*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to it accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

**WINSWAY ENTERPRISES HOLDINGS LIMITED**

**永暉實業控股股份有限公司**

**(formerly known as "WINSWAY COKING COAL HOLDINGS LIMITED 永暉焦煤股份有限公司")**

*(Incorporated in the British Virgin Islands with limited liability)*

**(Stock Code: 1733)**

# NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that on April 6, 2016, Cao Xinyi (the "**Petitioner**"), in her capacity as the foreign representative in respect of a voluntary restructuring proceeding (the "**Hong Kong Proceeding**") concerning Winsway Enterprises Holdings Limited (the "**Debtor**") currently pending before the High Court of the Hong Kong Special Administrative Region, filed the Verified Petition for Recognition of Foreign Nonmain Proceeding Supplementing the Voluntary Petition [ECF No. 1] and Motion for Related Relief (together with the Form of Voluntary Petition, the "**Petition**") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in re: WINSWAY ENTERPRISES HOLDINGS LIMITED, f/k/a Winsway Coking Coal Holdings Limited, Debtor in a foreign proceeding, Chapter 15 Case No. 16–10833-mg.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the Hong Kong Proceeding as a foreign nonmain proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a) and 1525(a) of the Bankruptcy Code giving full force and effect to a scheme of arrangement and related agreements concerning the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "**Recognition Hearing**") to consider the relief requested in the Petition for **10:00 a.m. (New York time) on May 9, 2016** in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

Reed Smith LLP
Michael J. Venditto or — mvenditto@reedsmith.com
Sarah K. Kam — skam@reedsmith.com
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing, setting forth the basis therefor, **on or before May 2, 2016 at 4:00 p.m., New York time (the "Objection Deadline"**). To be timely, prior to the Objection Deadline any responses or objections must be: (a) filed electronically with the Court on the Court's electronic case filing system, (b) with a copy thereof delivered to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004; and, (c) served upon (i) Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Michael J. Venditto, Esq. and Sarah K. Kam, Esq.), counsel to the Petitioner; (ii) Akin Gump Strauss Hauer & Feld, Units 1801–08 & 10, 18th floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Central, Hong Kong (Attn: Mark Fucci and Naomi Moore) and One Bryant Park, Bank of America Tower, New York, NY 10036–6745 (Attn: David Botter), counsel to the Ad Hoc Committee, and (iii) the Office of the United States Trustee (Attn: Andrew D. Velez-Rivera), 201 Varick Street, Suite 1006, New York, NY 10014.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that additional information and updates in respect of the Hong Kong Proceeding are available to Bondholders (as defined in the announcement of the Company dated 13 March 2016) at www.bondcom.com/winswayscheme, which Bondholders should regularly monitor for such information, updates and notices of important events.

By Order of the Board
**Winsway Enterprises Holdings Limited**
**Cao Xinyi**
*Chief Executive Officer and Company Secretary*

Hong Kong, 12 April 2016

*As at the date of this announcement, the executive Directors are Ms. Cao Xinyi, Ms. Zhu Hongchan, Mr. Wang Yaxu and Mr. Feng Yi, the non-executive Director is Mr. Lu Chuan and the independent non-executive Directors are Mr. James Downing, Mr. Ng Yuk Keung, Mr. Wang Wenfu and Mr. George Jay Hambro.*